AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

EASTERN DISTRICT OF VIRGINIA

FILED
JUN 2 8 2007
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

UNITED STATES OF AMERICA

v.

JOSE RAUL GUTIERREZ MARTINEZ,
RICARDO ALEXANDRO GUTIERREZ MARTINEZ,
JOSE ANTONIO GUTIERREZ MARTINEZ,
ARMANDO JIMENEZ MARTINEZ,
MARIO GUTIERREZ SANTOS, and
GABRIEL URAGA ESPIRIDION

**CRIMINAL COMPLAINT**

CASE NUMBER: 1:07MJ557

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **April 12, 2007 through May 3, 2007,** in Manassas, Prince William County and elsewhere in the Eastern District of Virginia the defendants did

unlawfully and knowingly conspire together and with others, known and unknown, to knowingly forge, counterfeit, and falsely make documents prescribed by statute and regulation for entry into and as evidence of authorized stay and employment in the United States and did an act to effect the object of the conspiracy, to wit: produced a false permanent resident card,

in violation of Title __18__ United States Code, Section(s) __371 and 1546(a)__.

I further state that I am a __Detective__ and that this complaint is based on the following facts:
Official Title

**See Attached Affidavit**

Continued on the attached sheet and made a part hereof:   ☒ Yes

AUSA- Beth N. Gibson

Sworn to before me and subscribed in my presence,

Signature of Complainant
Douglas Comfort
Detective
Fairfax County Police Department

6/28/07                                    at       Alexandria, Virginia
Date                                                 City and State

Honorable Theresa Carroll Buchanan, U.S. Magistrate Judge

/s/ Theresa Carroll Buchanan
United States Magistrate Judge

Name & Title of Judicial Officer                      Signature of Judicial Officer